**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**CATHERINE RIASCOS-HURTADO and**
**GLADYS SANCHEZ-LOQUI,**

                Plaintiffs,                              **ORDER**

       -against-                              09-CV-0003 (RJD) (ALC)

**UNITED STATES OF AMERICA and**
**THEODORE RAINES,**

                Defendants.
-------------------------------------------------------------------X

**CARTER, UNITED STATES MAGISTRATE JUDGE:**

        Before the Court is Plaintiffs' motion to compel the United States of America (the "Government") to produce the background investigations of Theodore Raines[1], a former Bureau of Prisons employee. The documents sought by Plaintiffs is protected by the Privacy Act, 5 U.S.C. § 552a. Under 5 U.S.C. § 552a(b)(11), a court of competent jurisdiction may authorize the disclosure of the information.

        Here, while the Government intends to bring a motion to dismiss, because the documents sought by Plaintiffs are relevant to the action and may be relied upon by Plaintiffs in opposing the Government's motion, I grant the motion to compel. *See Laxalt v. McClatchy*, 809 F.2d 885, 889 (D.C. Cir. 1987) ("The Privacy Act … does not create a qualified discovery privilege as that concept is generally understood, and we find no basis in the statute or its legislative history for inferring one.").

**SO ORDERED**

**Dated: March 17, 2011**
       **Brooklyn, New York**

                                                            /s/ ALC
                                          _____
                                          **HONORABLE ANDREW L. CARTER, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**

---
[1] Mr. Raines is a defendant in this action, but he has defaulted.