

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

October 12, 2011

Honorable Andrew L. Carter, Jr.
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Riascos-Hurtado and Sanchez-Loqui v. Theodore Raines and United States
             Civil Action No. CV-09-0003 (Dearie, J.)

Dear Magistrate Judge Carter:

      Defendant United States respectfully requests an extension of time to file its pre-motion conference letter seeking permission to move for summary judgment in the above case. The Court had ordered the letter to be filed by October 17, 2011.  This extension is requested because the undersigned has missed a number of days from the office due to the Jewish holidays. Accordingly, and with the consent of plaintiffs' counsel, an extension of thirty days to November 17, 2011 is respectfully requested.  There have not been any prior requests for an extension.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                UNITED STATES ATTORNEY

                 By:     _____
                          Leslie Brodsky
                          Assistant U.S. Attorney
                          (718) 254-6054

cc:    Alan D. Levine, Esq.
       (Via ECF)